

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Courtney Chelle Rice,     * From the 70th District Court
              of Ector County,
              Trial Court No. A-19-1495-CR.

Vs. No. 11-22-00032-CR     * August 10, 2023

The State of Texas,      * Memorandum Opinion by Williams, J.
              (Panel consists of: Bailey, C.J.,
              Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.